IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRITTANY RASOR,

    Plaintiff,

vs.

    Case No. 08-4082-JAR

AMAZON.COM.KSDC, INC., a/k/a
AMAZON.COM KSFC, INC.
a Delaware corporation,

    Defendant.

**COMPLAINT**

Plaintiff Brittany Rasor ("Rasor"), for her Complaint against defendant AMAZON.COM.KSDC, Inc. a/k/a AMAZON.COM KSFC, Inc. ("Amazon") hereby states and alleges as follows:

1. Plaintiff Rasor is an individual and resident of the state of Oklahoma.

2. Defendant Amazon is a Delaware corporation, and may be served with process upon its Registered Agent in the state of Kansas, Corporation Service Company, 200 S.W. 30th Street, Topeka, Kansas 66611.

3. Jurisdiction and venue are properly placed inasmuch as all transactions and occurrences relevant to plaintiff's cause of action occurred in this judicial district.

4. This court possesses subject matter jurisdiction inasmuch as plaintiff Rasor has been

1

provided a Notice of Right to Sue by the Equal Employment Opportunity Commission bearing a date of April 7, 2008.

## **FACTUAL BACKGROUND**

5. Plaintiff incorporates each of the foregoing allegations, and further states as follows.

6. Plaintiff, a female, served as an administrative employee of defendant at its facility in Coffeyville, Kansas.

7. During the months preceding her cessation of employment with defendant in June, 2007, plaintiff sustained unwelcome treatment of a sexual nature from one or more coworkers and/or members of defendant's supervisory/managerial workforce.

8. Plaintiff's notification to her management about such mistreatment was ignored.

9. Subsequently, plaintiff was terminated from her employment with defendant.

## **COUNT I: UNLAWFUL SEXUAL HARASSMENT IN VIOLATION OF 42 U.S.C. 2000e et seq.**

10. Plaintiff incorporates each of the foregoing allegations, and further states as follows.

11. Plaintiff sustained ongoing, unwelcome treatment of a sexual nature during the course of her employment with defendant, which misconduct created a hostile work environment for her.

12. Plaintiff reported such harassing treatment to her management, but no remedial action was thereafter taken.

13. Plaintiff continued to sustain unwelcome sexual harassment after making her management aware of same.

14. Plaintiff was subjected to a tangible employment action, i.e. job termination, an action which

culminated her course of unwelcome sexual harassment in the defendant's workplace.

15. Plaintiff sustained actual and compensatory damages as a result of the sexual harassment she suffered in defendant's workplace, in an amount exceeding $75,000.00.

16. Plaintiff is entitled to a judgment in her favor, and against defendant, for her actual and compensatory damages arising from defendant's violation of her right to be free from unlawful sexual harassment, in an amount exceeding $75,000.00.

17. Plaintiff is further entitled to an award of punitive damages arising from the malicious and reckless disregard of her rights by defendant, and said damages are in an amount exceeding $75,000.00.

18. Plaintiff is further entitled to the award of her attorney's fees and costs, and statutory interest, together with such other and further relief as the Court deems proper.

WHEREFORE, plaintiff prays for judgment against defendant in an amount exceeding $75,000.00 as and for her actual damages, for judgment against defendant in an amount exceeding $75,000.00 as and for her compensatory damages, for judgment against defendant in an amount exceeding $75,000.00 as and for punitive damages, and further for her attorney's fees and costs, and statutory interest, together with such further relief as the Court deems proper.

## COUNT II: UNLAWFUL RETALIATION
## IN VIOLATION OF 42 U.S.C. 2000e

19. Plaintiff incorporates each of the foregoing allegations, and further states as follows.

20. Plaintiff's notification to defendant's management of unwelcome sexual harassment by her co-employee(s) and/or supervision toward her was a protected act under Title VII of the Civil

Rights Act of 1964, 42 U.S.C. §2000e et seq., and as such plaintiff was protected from retaliatory treatment as a result thereof.

21. Despite the fact of plaintiff's statutory protection from retaliation, as aforesaid, she was nonetheless further mistreated for having made her protected communication, and ultimately terminated from her employment with defendant in retaliation for same.

22. Plaintiff sustained actual and compensatory damages as a result of defendant's unlawful retaliation she sustained, in an amount exceeding $75,000.00.

23. Plaintiff is entitled to a judgment in her favor, and against defendant, for her actual and compensatory damages arising from defendant's violation of her right to be free from unlawful retaliation, in an amount exceeding $75,000.00.

24. Plaintiff is further entitled to an award of punitive damages arising from the malicious and reckless disregard of her rights by defendant, and said damages are in an amount exceeding $75,000.00.

25. Plaintiff is further entitled to the award of her attorney's fees and costs, and statutory interest, together with such other and further relief as the Court deems proper.

WHEREFORE, plaintiff prays for judgment against defendant in an amount exceeding $75,000.00 as and for her actual damages, for judgment against defendant in an amount exceeding $75,000.00 as and for her compensatory damages, for judgment against defendant in an amount exceeding $75,000.00 as and for punitive damages, and further for her attorney's fees and costs, and statutory interest, together with such further relief as the Court deems proper.

Respectfully Submitted,

LAW OFFICES OF ALBERT F. KUHL

/s/ Albert F. Kuhl
Albert  F. Kuhl         #12478
11256 Strang Line Road
Lenexa, KS  66215
Tel. 913-438-2760
Fax: 913-327-8492
ATTORNEY FOR PLAINTIFF